PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:24-MJ-00007-CDB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| CHARMANE DOZIER and KETTISHA THOMPSON-DOZIER, | |
| Defendants. | |

The parties stipulate as follows:

1. The defendants were arrested on a complaint issued in this case on February 22, 2024, in the District of Maryland and made their initial appearances there the same day. The defendants' initial appearance and preliminary hearing in this District was scheduled for March 7, 2024.

2. The government is in the process of producing initial discovery to defense counsel. The initial discovery includes hundreds of thousands of pages of financial records, multiple electronic devices, and recordings.

3. The parties now agree to continue the initial appearance and preliminary hearing in this District until May 23, 2024. The parties also agree that good cause exists for the continuance because the extension is required to allow defense counsel reasonable time to complete their review of the

1

discovery, prepare for any litigation, and consider a pre-indictment resolution of the case.

    4.    The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  The parties also agree that the period from February 28, 2024, through May 23, 2024, should be excluded.  Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS SO STIPULATED.

Dated:  February 28, 2024      PHILLIP A. TALBERT  
    United States Attorney

*/s/ Joseph Barton*  
Joseph Barton  
Jeffrey Spivak  
Assistant United States Attorneys

Dated:  February 28, 2024      */s/ Christina Corcoran*  
Christina Corcoran  
Counsel for Charmane Dozier

Dated:  February 28, 2024      */s/ Serita Rios*  
Serita Rios  
Counsel for Kettisha Thompson-Dozier

2

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:24-MJ-00007-CDB |
| Plaintiff, | ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| CHARMANE DOZIER and KETTISHA THOMPSON-DOZIER, | |
| Defendants. | |

    The Court has read and considered the parties' stipulation to continue the defendants' initial appearance and preliminary hearing in this District, and to exclude time. The Court finds there is good cause for the continuance so as to allow defense counsel reasonable time to complete their review of the discovery, prepare for any litigation, and consider a pre-indictment resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendants in a speedy trial.

    Therefore, for good cause shown:

1. The defendants' initial appearance and preliminary hearing in this District is continued from March 7, 2024, until May 23, 2024, at 2:00 p.m., and the defendants shall appear at that time before the Fresno duty magistrate judge; and

3

2. The period from February 28, 2024, through May 23, 2024, shall be excluded pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 2/28/2024

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Judge