HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHARMANE DOZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:24-cr-00231-NODJ-BAM |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE;  ORDER** |
| vs. | |
| CHARMANE DOZIER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney JOSEPH BARTON, counsel for plaintiff, and

Assistant Federal Defender CHRISTINA M. CORCORAN, counsel for defendant Charmane

Dozier, that Ms. Dozier's conditions of release be modified to eliminate the travel restriction

pertaining to the District of Maryland and replace it with the condition that Ms. Dozier may not

travel outside of the continental United States without prior Pretrial approval.  (Dkt. # 11 at 8,

condition (j)).  The parties stipulate to this condition as recommended by Ms. Dozier's

supervising Pretrial Services Officer.

All other previously imposed terms and conditions, as modified on March 7, 2024 (Dkt.

41), remain in full force and effect.

1                               Respectfully submitted,

2                               PHILLIP A. TALBERT
                                United States Attorney

3

4 Dated:  October 30, 2024         */s/ Joseph Barton*
                              JOSEPH BARTON

5                               Assistant United States Attorney
                              Attorney for Plaintiff

6

7

8                               HEATHER E. WILLIAMS
                              Federal Defender

9

10 Date: October 30, 2024         */s/ Christina M. Corcoran*
                              CHRISTINA M. CORCORAN

11                               Assistant Federal Defender
                              Attorney for Defendant

12                               CHARMANE DOZIER

13

14                             **O R D E R**

15         Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting

16 Conditions of Pretrial Release for Charmane Dozier [Dkt. # 11] to eliminate the travel restriction

17 pertaining to the District of Maryland (condition (j)).  The Court hereby modifies condition (j) to

18 state that Ms. Dozier may not travel outside of the continental United States without prior

19 Pretrial approval.  All other conditions previously imposed remain in full force and effect, as

20 modified on March 7, 2024 (Dkt. 41).

21

22 IT IS SO ORDERED.

23      Dated:  **October 30, 2024**           /s/ Erica P. Grosjean

24                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28