| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, CA Bar #344683 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | CHARMANE DOZIER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00231-DAD-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |
| vs. | |
| CHARMANE DOZIER, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Charmane Dozier, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

/ / /

/ / /

/ / /

DATED: October 1, 2025       /s/ Charmane Dozier
                             CHARMANE DOZIER
                             Defendant


DATED: October 1, 2025       /s/ Christina M. Corcoran
                             CHRISTINA M. CORCORAN
                             Assistant Federal Defender
                             Attorney for CHARMANE DOZIER

## O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **October 2, 2025**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE